Robert S. Arns, State Bar No. 65071
Morgan C. Smith, State Bar No. 168146
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California 94105
Phone: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiffs
ROBERT CLICK AND MARIE CLICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLICK AND MARIE CLICK<br><br>Plaintiff,<br><br>vs.<br><br>DORMAN LONG HORDALAND, INC. ; DORMAN LONG TECHNOLOGY LIMITED and DOES 1 to 100, inclusive<br><br>Defendants. | No. C-05-03037 PJH<br><br>**STIPULATION TO SEVER ACTION OF DORMAN LONG TECHNOLOGY LIMITED FROM DORMAN LONG HORDALAND, INC.** |

-1-
STIPULATION TO SEVER ACTION OF DORMAN LONG TECHNOLOGY LIMITED FROM DORMAN LONG HORDALAND, INC.

On April 12, 2005, plaintiffs Robert and Marie Click filed their complaint in Contra Costa Superior Court against DORMAN LONG TECHNOLOGIES LIMITED and DORMAN LONG HORDALAND, INC. This complaint alleged negligence and strict liability against both defendants, and was served upon DORMAN LONG TECHNOLOGIES by way of Certified U.S. Post Mail, and received by defendant on May 11, 2005. Defendant DORMAN LONG TECHNOLOGIES Answered the State court complaint on June 7, 2005.

On April 19, 2005 DORMAN LONG HORDALAND, INC. was served with the complaint on their authorized agent located at 444 S. Flower Street, 9th Floor, Los Angeles, CA 90071. Having received no Answer, from defendant DORMAN LONG HORDALAND, INC. on June 28, 2005, counsel for plaintiff served a Statement of Damages and letter stating that a default would be taken within 10 days if no answer were on file. Having received no Answer, on July 14, 2005 plaintiff filed a request for default with the Superior Court that was entered by the court. Therefore, defendant DORMAN LONG HORDALAND, INC. is currently in default in the State court action.

On or about July 27, 2005, defendant DORMAN LONG TECHNOLOGIES LIMITED filed papers with the Northern District of California seeking removal of the entire State court action to Federal jurisdiction, and claiming that defendant DORMAN LONG HORDALAND, INC. was not a proper defendant.

As set forth below, Plaintiffs and DORMAN LONG TECHNOLOGIES LIMITED stipulate to sever the action of DORMAN LONG HORDALAND, INC. within the State court action and remand the action against DORMAN LONG HORDALAND, INC. to State court. Plaintiffs are making this request so that they may proceed in State court with a prove up hearing and seek an eventual judgment against defendant DORMAN LONG HORDALAND, INC. This stipulation will allow jurisdiction to the State court to proceed with any prove up hearing, judgment, judgment enforcement proceedings, or any other legal proceedings involving defendant DORMAN LONG HORDALAND, INC. only.

An identical copy of this stipulation will be presented in both the State Court action in Contra Costa Superior Court Case Number C-05-00707, as well as in the Federal Action, Northern District Case Number C 05-03037 PJH. It is requested that respective courts accept this stipulation to sever the actions and allow the separate actions to proceeds as identified.

DATED: 8/5/05

THE ARNS LAW FIRM

By:____________________
MORGAN C. SMITH
Attorneys for Plaintiff

STIPULATION TO SEVER AND REMAND CLAIMS AGAINST DORMAN LONG HORDALAND, INC.

1. Plaintiffs and DORMAN LONG TECHNOLOGIES LIMITED stipulate to sever the action and claims against of DORMAN LONG HORDALAND, INC. and remand that action and those claims to State court.

2. As part of this severing of actions in the State court, the parties to this stipulation agree and consent to the severed State court action against defendant DORMAN LONG TECHNOLOGIES LIMITED to be removed to Federal jurisdiction under diversity of the parties.

IT IS SO STIPULATED

DATED: 8/5/05

THE ARNS LAW FIRM

By: ______________________
MORGAN C. SMITH
Attorneys for Plaintiff

DATED: 8/5/05

THE ARNS LAW FIRM

By: Authorized for signature by Paul Lankford on 8/5/05
PAUL LANKFORD
Attorneys for Defendant
DORMAN LONG TECHNOLOGIES LIMITED

Robert S. Arns, State Bar No. 65071
Morgan C. Smith, State Bar No. 168146
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California 94105
Phone: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiffs
ROBERT CLICK AND MARIE CLICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CLICK AND MARIE CLICK

Plaintiff,

vs.

DORMAN LONG HORDALAND, INC.; DORMAN LONG TECHNOLOGY LIMITED and DOES 1 to 100, inclusive

Defendants.

No. C-05-03037 PJH

**ORDER GRANTING STIPULATED REQUEST TO SEVER ACTION OF DORMAN LONG TECHNOLOGY LIMITED FROM DORMAN LONG HORDALAND, INC.**

-1-
ORDER GRANTING STIPULATED REQUEST TO SEVER ACTION OF DORMAN LONG TECHNOLOGY LIMITED FROM DORMAN LONG HORDALAND, INC.

On April 12, 2005 plaintiffs Robert and Marie Click filed their complaint in Contra Costa Superior Court against DORMAN LONG TECHNOLOGIES LIMITED and DORMAN LONG HORDALAND, INC. This complaint alleged negligence and strict liability against both defendants, and was served upon DORMAN LONG TECHNOLOGIES by way of Certified U.S. Post Mail, and received by defendant on May 11, 2005. Defendant DORMAN LONG TECHNOLOGIES Answered the State court complaint on June 7, 2005.

On April 19, 2005 DORMAN LONG HORDALAND, INC. was served with the complaint on their authorized agent located at 444 S. Flower Street, 9th Floor, Los Angeles, CA 90071. Having received no Answer from defendant DORMAN LONG HORDALAND, INC., on June 28, 2005 counsel for plaintiff served a Statement of Damages and letter stating that a default would be taken within 10 days if no answer were on file. Having received no Answer, on July 14, 2005 plaintiff filed a request for default with the Superior Court that was entered by the court. Therefore, defendant DORMAN LONG HORDALAND, INC. is currently in default in the State court action.

On or about July 27, 2005, defendant DORMAN LONG TECHNOLOGIES LIMITED filed papers with the Northern District of California seeking removal of the entire State court action to Federal jurisdiction, and claiming that defendant DORMAN LONG HORDALAND, INC. was not a proper defendant.

///

///

///

BASED UPON THE STIPULATION OF THE PARTIES TO ACTION, AND GOOD CAUSE APPEARING:

1. Plaintiffs' action within Federal court against defendant DORMAN LONG HORDALAND, INC. is hereby severed for all purposes from the action against defendant DORMAN LONG TECHNOLOGIES LIMITED.

2. Plaintiffs' action against defendant DORMAN LONG HORDALAND, INC. is hereby remanded to the State Superior Court, County of Contra Costa for the purpose of allowing plaintiff to proceed against the defaulted defendant DORMAN LONG HORDALAND, INC. within the State court action.

2. Plaintiffs action against defendant DORMAN LONG TECHNOLOGIES LIMITED will remain within the Diversity jurisdiction of this court for all purposes.

IT IS SO ORDERED

DATED: 11/8/05

By:______________________________
JUDGE OF THE FEDERAL COURT

-3-

ORDER GRANTING STIPULATED REQUEST TO SEVER ACTION OF DORMAN LONG TECHNOLOGY LIMITED FROM DORMAN LONG HORDALAND, INC.

*Click v. Dorman Long Hordaland, et al.*
**United States District Court, Northern District of California, Case Number C 05-03037 PJH**

CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years and not a party to, nor interested in, the above-entitled action. I am an employee of The Arns Law Firm, A Professional Corporation, and my business address is 515 Folsom Street, 3rd Floor, San Francisco, CA 94105

On August 5, 2005, I served the following: **STIPULATION TO SEVER ACTION OF DORMAN LONG TECHNOLOGY LIMITED FROM DORMAN LONG HORDALAND, INC.** on all interested parties in the above cause, by:

__X__ **REGULAR MAIL** by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. Said envelope was thereafter deposited in the United States Mail at San Francisco, California in accordance with this firm's business practice of collection and processing correspondence for mailing of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

______ **OVERNIGHT MAIL** by placing a true and correct copy thereof enclosed in a sealed overnight service envelope with postage thereon fully prepaid. Said envelope was thereafter deposited with the overnight service at San Francisco, California in accordance with this firm's business practice of collection and processing correspondence for overnight service of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

______ **HAND DELIVERY** by placing a true and correct copy thereof enclosed in a sealed envelope with the name and address of the party to receive the document. Such document was then given to the service or individual signing the bottom of this Proof of Service showing delivery made.

______ **FACSIMILE** by placing a true and correct copy thereof with a facsimile cover sheet showing service upon the following individuals.

The envelopes were addressed as follows:

| | |
|---|---|
| Paul V. Lankford<br>Lynn R. Fiorentino<br>THELEN, REID & PRIEST<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>PHONE: 415-371-1200<br>FAX: 415-371-1211<br>Counsel for Dorman Long Technology | Michael D. Jonescu<br>ADELSON, TESTAN, BRUNDO & POPALARDO<br>1851 E. First Street, Suite 100<br>Santa Ana, CA 92705<br>PHONE: (714) 245-8888<br>FAX: (714) 245-8880<br>Counsel for Lien Claimant, National Union Fire Insurance Company |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Executed on August 5, 2005 at San Francisco, California.

COLLEEN ANDRUS