1  Robert S. Arns, State Bar No. 65071
2  Morgan C. Smith, State Bar No. 168146
   **THE ARNS LAW FIRM**
3  A Professional Corporation
   515 Folsom Street, 3rd Floor
4  San Francisco, California  94105
5  Phone: (415) 495-7800
   Fax: (415) 495-7888
6

7  Attorneys for Plaintiffs
   ROBERT CLICK AND MARIE CLICK
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 ROBERT CLICK AND MARIE CLICK      )
                                      )   No. C-05-03037 PJH
13        Plaintiff,                  )
                                      )
14 vs.                                )
                                      )   **ORDER GRANTING REQUEST**
15                                    )   **TO FILE FIRST AMENDED**
   DORMAN LONG HORDALAND, INC. ;      )   **COMPLAINT**
16 DORMAN LONG TECHNOLOGY             )
   LIMITED and DOES 1 to 100, inclusive )
17                                    )
                                      )
18        Defendants.                 )
                                      )
19                                    )
   _____    )
20

21

22

23

24

25

26

27

28

-1-

**ORDER GRANTING REQUEST TO FILE FIRST AMENDED COMPLAINT**

BASED UPON THE STIPULATION OF THE PARTIES TO ACTION, AND GOOD CAUSE APPEARING: Plaintiffs' are hereby permitted to file their First Amended Complaint.

Additionally, it is ordered that DORMAN LONG TECHNOLOGY LIMITED shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendant DORMAN LONG TECHNOLOGY LIMITED to the original complaint shall be responsive to the amended complaint.

IT IS SO ORDERED

DATED: 11/21/05

By: _____
JUDGE PHYLLIS J. HAMILTON

**ORDER GRANTING REQUEST TO FILE FIRST AMENDED COMPLAINT**

*Click v. Dorman Long Hordaland, et al.*
**United States District Court, Northern District of California, Case Number C 05-03037 PJH**

CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years and not a party to, nor interested in, the above-entitled action. I am an employee of The Arns Law Firm, A Professional Corporation, and my business address is 515 Folsom Street, 3rd Floor, San Francisco, CA 94105

On November 14, 2005, I served the following:     Order Granting Request for File First Amended Complaint      on all interested parties in the above cause, by:

___X___ **REGULAR MAIL** by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. Said envelope was thereafter deposited in the United States Mail at San Francisco, California in accordance with this firm's business practice of collection and processing correspondence for mailing of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

_____ **OVERNIGHT MAIL** by placing a true and correct copy thereof enclosed in a sealed overnight service envelope with postage thereon fully prepaid. Said envelope was thereafter deposited with the overnight service at San Francisco, California in accordance with this firm's business practice of collection and processing correspondence for overnight service of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

_____ **HAND DELIVERY** by placing a true and correct copy thereof enclosed in a sealed envelope with the name and address of the party to receive the document. Such document was then given to the service or individual signing the bottom of this Proof of Service showing delivery made.

_____ **FACSIMILE** by placing a true and correct copy thereof with a facsimile cover sheet showing service upon the following individuals.

The envelopes were addressed as follows:

| Paul V. Lankford<br>Lynn R. Fiorentino<br>THELEN, REID & PRIEST<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>PHONE: 415-371-1200<br>FAX: 415-371-1211<br>Counsel for Dorman Long Technology | Michael D. Jonescu<br>ADELSON, TESTAN, BRUNDO & POPALARDO<br>1851 E. First Street, Suite 100<br>Santa Ana, CA 92705<br>PHONE: (714) 245-8888<br>FAX: (714) 245-8880<br>Counsel for Lien Claimant, National Union Fire Insurance Company |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Executed on November 14, 2005 at San Francisco, California.

_____
DANA LANGLEY

-1-